Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−15662−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan A Colorado
78 Manhattan Avenue
Avenel, NJ 07001

Lorella D Colorado
78 Manhattan Avenue
Avenel, NJ 07001

Social Security No.:
    xxx−xx−9008                                            xxx−xx−3482

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 22, 2019</u>            <u>Kathryn C. Ferguson</u>
                                        Judge, United States Bankruptcy Court