Form cscnodsc – ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 14−15662−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Juan A Colorado | Lorella D Colorado |
| 78 Manhattan Avenue | 78 Manhattan Avenue |
| Avenel, NJ 07001 | Avenel, NJ 07001 |

Social Security No.:
  xxx−xx−9008                                         xxx−xx−3482

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: April 22, 2019
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 14-15662-KCF
Juan A Colorado                                                 Chapter 13
Lorella D Colorado
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1        Date Rcvd: Apr 22, 2019
                              Form ID: cscnodsc         Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db/jdb         +Juan A Colorado,    Lorella D Colorado,   78 Manhattan Avenue,    Avenel, NJ 07001-1743
lm             +Hudson City Savings Bank,    c/o JP Morgan Chase Bank,    7255 Baymeadows Way,
                 Jacksonville, FL 32256-6851
515111920      +AMOS FINANCIAL, LLC,    1910 First Street, Suite 200,    Highland Park, IL 60035-3144
514656372      +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
514656373       Bancolombia,    Teniente General Juan de Per n #350,   Buenos Aires, Capital Federal, Argentina
514934845      +Hudson City Savings Bank,    c/o JPMorgan Chase Bank, NA,    Mail Code LA4-5555,
                 700 Kansas Lane,   Monroe, LA 71203-4774
514656375      +JP Morgan Chase Bank,    7255 Baymeadows Way,   Jacksonville, FL 32256-6851
514656377      +Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Ste 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 00:39:46     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 00:39:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514656374       E-mail/Text: cio.bncmail@irs.gov Apr 23 2019 00:39:12     Interal Revenue Service,
                 Po Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515102252*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo  (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Juan A Colorado brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Lorella D Colorado brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M & T BANK,
               SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
               MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGE WITH HUDSON CITY
               SAVINGS BANK bankruptcy@feinsuch.com
              Tammy L. Terrell    on behalf of Creditor    HUDSON CITY SAVINGS BANK bankruptcy@feinsuch.com
                                                                                             TOTAL: 9
```